UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BARTINA WORTHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:20-cv-444 |
| RED RIVER WASTE SOLUTIONS LP, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Red River Waste Solutions LP ("Red River") removes this action to the United States District Court for the Northern District of Indiana, Fort Wayne Division. In support of Removal, Defendant states:

1. On November 3, 2020, Plaintiff, Bartina Wortham, filed a complaint in Allen Superior Court entitled *Bartina Wortham v. Red River Waste Solutions LP,* Case Number 02D09-2011-CT-000544 (the "State Court Action"). The State court Action is currently pending in Allen County Superior Court.

2. The Summons and Complaint were served on Defendant Red River Waste Solutions LP via certified mail on November 13, 2002.  True and correct copies of the Summons and Complaint are attached as **Exhibit A**.   All other pleadings filed in the State Court Action that have been served on Red River are attached as **Exhibit B**.

3. Red River is timely filing this Notice of Removal within thirty (30) days after service of process, as required by 28 U.S.C. § 1446(b).

5. The events in the State Court Action are alleged to have occurred in Allen County, Indiana. Pursuant to 28 U.S.C. § 1441(a), the Northern District of Indiana, Fort Wayne Division, is the appropriate forum for removal of the State Court Action.

6. The Complaint consists of a claims of disability discrimination under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq*. ("ADA"). This Court has original jurisdiction over the Americans with Disabilities Act of 1990 pursuant to 28 U.S.C. § 1331.

7. Written notice of the filing of this Notice of Removal has been served contemporaneously upon counsel for Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Allen Superior Court as required by 28 U.S.C. §1441(d).

WHEREFORE, Defendant Red River Waste Solutions LP respectfully requests that this Court take jurisdiction of this action in accordance with 28 U.S.C. §§ 1441, 1446 and 1331.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Scott James Preston*
  Scott James Preston, Atty. No. 25436-49
  Steven A. Baldwin, Atty. No. 34498-49
  111 Monument Circle, Suite 4600
  Indianapolis, Indiana  46204
  Telephone:  (317) 916-1300
  Facsimile:  (317) 916-9076
  *scott.preston@ogletree.com*
  *steven.baldwin@ogletree.com*

  Attorneys for Defendant, Red River Waste Solutions LP

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 4, 2020, a copy of the foregoing *Notice of Removal* was filed electronically and a copy of the foregoing was served by United States first-class mail, postage prepaid, upon:

Christopher C. Myers
Ilene M. Smith
CHRISTOPHER C. MYERS & ASSOCIATES
809 S. Calhoun Street
Suite 400
Fort Wayne, IN 46802
*cmyers@myers-law.com*
*ismith@myers-law.com*

              *s/ Scott James Preston*


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*scott.preston@ogletree.com*
*steven.baldwin@ogletree.com*

45042006.1