| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE ALLEN SUPERIOR COURT |
| ) SS: | | 02D09-2011-CT-000544 |
| COUNTY OF ALLEN ) | | CAUSE NO. _____ Allen Superior Court 9 |

BARTINA WORTHAM,           )
                          )
            Plaintiff,     )
                          )
    v.                     )
                          )
RED RIVER WASTE SOLUTIONS, L.P., )
                          )
            Defendant.     )

## COMPLAINT

Plaintiff alleges against Defendant that:

1. Plaintiff Bartina Wortham is a resident of Allen County in the State of Indiana, and on November 13, 2018, filed a Charge of Discrimination with the EEOC, No. 470-2019-00554, a copy of which is attached hereto and made a part hereof as Exhibit "A". The Notice of Rights to Sue was issued on August 11, 2020, a copy of which is attached hereto as Exhibit "B", and this Complaint has been filed within ninety (90) days after receipt thereof.

2. Defendant Red River Waste Solutions, L.P. ("Red River") is a company doing business at 5252 Old Maumee Road, Fort Wayne, Indiana 46803. Red River is believed to be headquartered at 4004 East U.S. Highway 290, Dripping Springs, Texas 78620. Defendant is an "employer" for the purposes of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq.* ("ADA") as amended by the ADAAA of 2008.

3. Plaintiff contends that she was discriminated against and discharged on account of her disability in violation of the ADA. Plaintiff suffered significant thyroid problems

—1—

which required surgery and after care which substantially impaired Plaintiff's everyday life activities of coordination, usage of muscles, fatigue, dizziness, lethargy, sleepiness, failure to grip with her hands while working, and other everyday life activities. Plaintiff was a qualified individual with a disability in that she could, either with or without reasonable accommodations, perform the essential functions of her job. Furthermore, Plaintiff alleges that she was discriminated against as a result of her record of impairment and that the Defendant perceived and regarded Plaintiff as being disabled. Defendant failed to engage in the interactive process with the Plaintiff and failed to provide Plaintiff reasonable accommodations. Finally, Defendant fired Plaintiff for engaging in the interactive process (requesting medical leave), and then taking the reasonable accommodation offered by Defendant (terminating Plaintiff for utilizing medical leave that Defendant granted her as a reasonable accommodation).

4. Plaintiff contends that she was discriminated against because of her disability, denied participation in the interactive process, denied reasonable accommodations, was retaliated against, and suffered a retaliatory discharge, all based upon the facts and allegations set forth in her EEOC Charge of Discrimination attached as Exhibit "A".

5. As a direct and proximate result of Defendant's conduct, Plaintiff lost her job and job-related benefits including income for which she seeks compensatory damages. The actions of the Defendant were intentional and in reckless disregard of Plaintiff's federally protected civil rights under the ADA, and therefore Plaintiff is requesting punitive damages. Plaintiff also seeks compensatory damages for other emotional distress and mental anguish damages.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:    (260) 424-0712
E-mail:        cmyers@myers-law.com
Counsel for Plaintiff