AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BARTINA WORTHAM
    Plaintiff

v.                                      Civil Action No. 1:20-cv-444

RED RIVER WASTE SOLUTIONS LP
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:   This case is DISMISSED under Federal Rule of Civil Procedure 12(b)(1).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R Leichty on Motion to Dismiss

DATE:  2/1/2023                    ACTING CLERK OF COURT, CHANDA J. BERTA

                                                          by     s/S. Kowalsky
                                                                   *Signature of Clerk or Deputy Clerk*